No. 1106, Misc. CHUPICH v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 1109, Misc. COLLINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States. 

No. 1115, Misc. BLANKENSHIP v. NORVELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1117, Misc. ANTHONY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1119, Misc. WALTERS v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1120, Misc. SAUNDERS v. MICHIGAN PAROLE BOARD. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1122, Misc. NEWLIN v. SUPERIOR COURT OF ARIZONA, COUNTY OF MARICOPA, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 1125, Misc. ROGERS v. SCHMIDT, SECRETARY OF WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES. C. A. 7th Cir. Certiorari denied.

No. 1130, Misc. CLINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.